```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 12188
   JOHN LUMPKIN SR
   EARLEAN LUMPKIN                           CHAPTER 13

                                             JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-2035    SSN XXX-XX-1417

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/26/2006 and was confirmed 11/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/15/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE  SECURED VEHIC    11953.82         661.35        1250.45
CHASE MORTGAGE SERVICES   CURRENT MORTG     9673.30            .00        9673.30
CHASE MORTGAGE SERVICES   MORTGAGE ARRE    16504.64            .00            .00
CHASE HOME FINANCE LLC    NOTICE ONLY      NOT FILED           .00            .00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC    11145.00         667.99        1141.70
DAIMLER CHRYSLER FINANCI  UNSECURED         2899.19            .00            .00
GENERAL MOTORS ACCEPTANC  SECURED VEHIC     2464.66            .00        1480.59
HSBC AUTO FINANCE         SECURED VEHIC    10775.00         598.20        1050.35
STANDARD BANK & TRUST     CURRENT MORTG         .00            .00            .00
STANDARD BANK & TRUST     MORTGAGE ARRE         .00            .00            .00
HOUSEHOLD FINANCE/BENEFI  UNSECURED        11724.36            .00            .00
CAPITAL ONE BANK          UNSECURED         1873.95            .00            .00
CAPITAL ONE BANK          UNSECURED         1543.60            .00            .00
CAPITAL ONE BANK          UNSECURED          939.34            .00            .00
CAPITAL ONE BANK          UNSECURED          763.73            .00            .00
CAPITAL ONE BANK          UNSECURED          760.64            .00            .00
ROUNDUP FUNDING LLC       UNSECURED         5151.36            .00            .00
CACH PROVIDIAN BANK       NOTICE ONLY      NOT FILED           .00            .00
ROUNDUP FUNDING LLC       UNSECURED         1046.89            .00            .00
CACH009 TURTLE CREEK ASS  NOTICE ONLY      NOT FILED           .00            .00
COLLECTION COMPANY OF AM  UNSECURED        NOT FILED           .00            .00
CITY OF COUNTRY CLUB HIL  NOTICE ONLY      NOT FILED           .00            .00
COLLECTION COMPANY OF AM  UNSECURED        NOT FILED           .00            .00
RECOVERY MANAGEMENT SYST  UNSECURED          160.03            .00            .00
PREMIER BANKCARD          UNSECURED          579.87            .00            .00
GE CONSUMER FINANCE       UNSECURED         1368.00            .00            .00
ECAST SETTLEMENT CORP     UNSECURED         1179.80            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          655.16            .00            .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED           .00            .00
MED102                    NOTICE ONLY      NOT FILED           .00            .00
RECOVERY MANAGEMENT SYST  UNSECURED         1403.78            .00            .00
MRSI                      UNSECURED        NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 12188 JOHN LUMPKIN SR & EARLEAN LUMPKIN
```

```
INGALLS MEMORIAL HOSPITA NOTICE ONLY    NOT FILED              .00               .00
MEDCLR                   UNSECURED      NOT FILED              .00               .00
ILLINOIS INDIANA EMI MED NOTICE ONLY    NOT FILED              .00               .00
NICOR GAS                UNSECURED      NOT FILED              .00               .00
PALISADES COLLECTIONS    UNSECURED      NOT FILED              .00               .00
AT&T WIRELESS            NOTICE ONLY    NOT FILED              .00               .00
RMI/MCSI                 UNSECURED         608.04              .00               .00
RMI/MCSI                 UNSECURED      NOT FILED              .00               .00
RMI/MCSI                 UNSECURED      NOT FILED              .00               .00
VILLAGE OF SOUTH HOLLAND NOTICE ONLY    NOT FILED              .00               .00
PROVIDIAN                UNSECURED        3433.75              .00               .00
TRS CIGPF1CORP           UNSECURED      NOT FILED              .00               .00
AMERICREDIT FINANCIAL SE UNSECURED      NOT FILED              .00               .00
HSBC AUTO FINANCE        UNSECURED         234.94              .00               .00
CAPITAL ONE BANK         UNSECURED         600.92              .00               .00
ROUNDUP FUNDING LLC      UNSECURED        4757.63              .00               .00
GENERAL MOTORS ACCEPTANC UNSECURED            .00              .00               .00
MAX RECOVERY             UNSECURED        1594.94              .00               .00
RESURGENT CAPITAL SERVIC UNSECURED         400.85              .00               .00
TIMOTHY K LIOU           DEBTOR ATTY      603.20                                 .00
TOM VAUGHN               TRUSTEE                                           1,058.07
DEBTOR REFUND            REFUND                                                  .00

        Summary of Receipts and Disbursements:
        -----------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
        -----------------------------------------------------------------------
TRUSTEE                 17,582.00

PRIORITY                                                .00
SECURED                                           14,596.39
    INTEREST                                       1,927.54
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                              1,058.07
DEBTOR REFUND                                           .00
                       ---------------      ---------------
TOTALS                  17,582.00              17,582.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/22/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 06 B 12188 JOHN LUMPKIN SR & EARLEAN LUMPKIN